IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| Ted Hawkins, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 09-G-0946-J |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The plaintiff, Ted Hawkins, brings this action seeking judicial review of a final adverse decision of the Commissioner of the Social Security Administration (the Commissioner) denying his application for Social Security Benefits. Ted Hawkins filed an application for Social Security Benefits. Thereafter, plaintiff timely pursued and exhausted the administrative remedies available before the Commissioner. Accordingly, this case is now ripe for judicial review pursuant to the provisions of section 205(g) of the Social Security Act (the Act), 42 U.S.C. § 405(g).

Plaintiff filed a motion to remand, which is due to be denied. The "new evidence" referred to by the motion was in fact submitted to the Appeals Council. Under the law of this Circuit, such evidence is to be considered by the district court in it's review of the ALJ's decision. Ingram v. Comm'r of Soc. Sec. Admin., 496 F.3d 1253

(11th Cir. 2007).  Accordingly, the court has considered that evidence in it's determination of whether substantial evidence supports the ALJ's decision.

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether proper legal standards were applied.  <u>Bloodsworth v. Heckler</u>, 703 F.2d 1233, 1239 (11th Cir. 1983).  To that end this court "must scrutinize the record as a whole to determine if the decision reached is reasonable and supported by substantial evidence."  <u>Bloodsworth</u>, at 1239 (citations omitted).  Substantial evidence is "such relevant evidence as a reasonable person would accept as adequate to support a conclusion."  <u>Bloodsworth</u>, at 1239.  The court has carefully reviewed the entire record in this case and is of the opinion that the Commissioner's decision is supported by substantial evidence and that proper legal standards were applied in reaching that decision.  Accordingly, the decision of the Commissioner must be affirmed.

A separate order in conformity with this memorandum opinion will be entered.

DONE and ORDERED 14 January 2010.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.